IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STATE OF OREGON, et al,

        Plaintiff,                               No. 3:15-cv-02006-PK

        v.                                      ORDER

GENERAL NUTRITION CORPORATION,

        Defendants.

HERNÁNDEZ, District Judge:

        Magistrate Judge Paul Papak issued a Findings & Recommendation [15] on March 30, 2016, recommending that Plaintiff's Motion to Remand [6] be granted and this case be remanded to Oregon state court for lack of federal subject matter jurisdiction. Defendant has timely filed objections [17] to the Findings & Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

        When a party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the

1 – ORDER

Magistrate Judge's report. 28 U.S.C. § 636(b)(1); <u>Dawson v. Marshall</u>, 561 F.3d 930, 932 (9th Cir. 2009); <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Defendant's objections and conclude there is no basis to modify the Findings & Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no errors in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Papak's Findings & Recommendation [15], and therefore, Plaintiff's Motion to Remand [6] is granted, and this case is remanded to the Multnomah County Circuit court where it was originally filed.

IT IS SO ORDERED.

DATED this 14 day of June, 2016.

/s/ Marco Hernández
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER